1

2

3

4

5 IN THE UNITED STATES DISTRICT COURT

6 FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8 GREGORY MURPHY,                        No. C 11-4278 SBA (PR)

9        Plaintiff,                  **ORDER OF TRANSFER**

10   v.

11 J. CLARK KELSO, Receiver, et al.,

12        Defendants.

13 _____/

14      Plaintiff, a state prisoner, has filed a pro se civil rights action pursuant to 42 U.S.C. § 1983

15 and an application for in forma pauperis status. The acts complained of occurred at the California

16 Substance Abuse Treatment Facility, which is located in the Eastern District of California, and it

17 appears that the Defendants reside in that district. Venue, therefore, properly lies in that district and

18 not in this one. See 28 U.S.C. § 1391(b).

19      Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is

20 TRANSFERRED to the United States District Court for the Eastern District of California. The

21 Clerk of the Court shall transfer the case forthwith. All pending motions are TERMINATED on this

22 Court's docket as no longer pending in this district.

23      IT IS SO ORDERED.

24 DATED: 2/28/12                  _____

                         SAUNDRA BROWN ARMSTRONG

25                          United States District Judge

26

27

28

G:\PRO-SE\SBA\CR.11\Murphy4278.transfer.frm

*United States District Court*
*For the Northern District of California*

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

GREGORY MURPHY,

        Plaintiff,

  v.

/ et al,

        Defendant.

Case Number: CV11-04278 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 29, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Gregory Adonis Murphy P-80578
Corcoran State Prison
P.O. Box 5242
Corcoran, CA 93212-5242

Dated: February 29, 2012

        Richard W. Wieking, Clerk
        By: Lisa Clark, Deputy Clerk

G:\PRO-SE\SBA\CR.11\Murphy4278.transfer.frm      2